**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 05–7058.

United States Court of Appeals, Federal Circuit.

DECIDED: March 8, 2005.

*ORDER*

Upon consideration of the unopposed motion of Theodore L. Bissonnette, Jr. to voluntarily dismiss his appeal (CAVC No. 01–1322),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Eugene D. JOHNSON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 05–3099.

United States Court of Appeals, Federal Circuit.

DECIDED: March 8, 2005.

*ORDER*

Upon consideration of the unopposed motion of Eugene D. Johnson to voluntarily dismiss his petition for review (MSPB DC0351020201–I–1),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.